THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Shannon Hatcher, Appellant.
 
 
 

Appeal From Georgetown County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2005-UP-631
Submitted December 1, 2005  Filed December 13, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.  
 
 
 

PER CURIAM:  Shannon Hatcher appeals his conviction and sentence for accessory before the fact of armed robbery.  Hatcher contends the trial court erred in allowing the State to exercise two of their three peremptory challenges in a discriminatory manner.  Counsel for Hatcher attached to the final brief a petition to be relieved as counsel.  Hatcher did not file a separate pro se response.  
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hatchers appeal and grant counsels petition to be relieved.[1]  
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.